IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN PAYETTE,

           Plaintiff,

v.

DR. ROBERT HOBDAY,

           Defendant.

ORDER

14-cv-515-jdp

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered June 2, 2017.

BY THE COURT:

JAMES D. PETERSON
District Judge